# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SURGICAL CENTER FOR EXCELLENCE LLLP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Blue Cross and Blue Shield of Alabama, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-00001 (RDP) |

## NOTICE OF APPEARANCE

Please take notice that Evan R. Chesler, Christine A. Varney, Karin A. DeMasi, Lauren R. Kennedy, David Kumagai and Jeffrey Then of Cravath, Swaine & Moore LLP hereby appear as counsel of record for Defendant Blue Cross and Blue Shield of Alabama.

Dated: December 7, 2018

                              CRAVATH, SWAINE & MOORE LLP,

                              by     s/ Evan R. Chesler
                                       Evan R. Chesler

                                Worldwide Plaza
                                825 Eighth Avenue
                                New York, NY 10019
                                (212) 474-1000

                                *Attorney for Defendant Blue Cross and Blue Shield of Alabama*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 7th day of December, 2018, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

CRAVATH, SWAINE & MOORE LLP,

by   s/ Evan R. Chesler
     Evan R. Chesler

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000